# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

YOEL GRUEN

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

AHUVA GRUEN

_____

_____

_____

_____

_____

_____

_____

NOTICE of Removal
**COMPLAINT**

Jury Trial: [✓] Yes [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | YOEL GRUEN |
| | Street Address | 965 EAST 29TH STREET |
| | County, City | KINGS, BROOKLYN |
| | State & Zip Code | NEW YORK 11210 |
| | Telephone Number | 347.524.0173 |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _____AHUVA_____GRUEN_____
Street Address __114 CHATEAU DRIVE__
County, City __OCEAN, LAKEWOOD__
State & Zip Code __NEW JERSEY 08701__

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☐ Federal Questions          ☐ Diversity of Citizenship
☐ U.S. Government Plaintiff  ☐ U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? SEE ATTATCHED EXHIBIT #1 A

B. What date and approximate time did the events giving rise to your claim(s) occur? SEE ATTATCHED EXHIBIT # 1 B

C. Facts: _____

[What happened to you?]

[Who did what?]

[Was anyone else involved?]

[Who else saw what happened?]

IV.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. SEE ATTACHED EXHIBIT #1 C

V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.
SEE ATTACHED EXHIBIT #1 D

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of SEPTEMBER, 2021.

Signature of Plaintiff _____

Mailing Address  965 EAST 29TH ST

BROOKLYN NY 11210

Telephone Number  347.524.0173

Fax Number *(if you have one)*

E-mail Address  joelgruen@hotmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

ELIMELECH PRICE
Notary Public State of NY
No. 01PR6115881
Qualified in Kings County
Comm. Expires 11/20/2026

- 5 -