YOEL GRUEN PLAINTIFF

VS

AHUVA GRUEN DEFENDANT

## EXHIBIT #1

A. I am asking that the entire case be reopened on default I was in the hospital under doctors care for several years (pa197a) I asked for a lawyer in the appellate court because I am under doctors care, taking several medications, furthermore I am under extreme excruciating pain using medications, therapy and using a cane still don't help the pain .I am not a lawyer and have several months fixing delinquencies again and again I don't know how to file case laws correctly I can only do the best I can  the appellate court  honorable judge carmen messano made an order on august 10,2021  (exhibit # 1a ) stating I  must have my brief and appendix in the day after my Jewish holiday knowing that Wednesday 9.15.2021 is a Jewish holiday and Thursday 9.16.2021 is the day of atonement knowing that I am a religious Jew furthermore the week before 9.7.2021 and 9.8.2021 was Rosh Hashana
B. I received a email from the case manager Pamela marsh (exhibit #1b) that my brief and appendix must be in by 9.17.2021
C. I am asking that the entire case be reopened on default I was in the hospital under doctor's care for several years (pa197a) I requested a lawyer in the appellate court I am disabled I receive ssd,medicare,Medicaid and food stamps defendant has retained a lawyer cipora winters esq. she is working I am asking for everything written in my brief and appendix and for the court to reopen my entire case that was made on default I asked the appellate court to extend it and they don't want to extend it (exhibit #1b) my case was decided on default
D. INJURIES

I became invilid without a cane  I can't walk due to all of this all the doctors are stating that the stress  from the additional court proceedings and being forced without the help of a lawyer and from the respondent who is continuously sending people to diminish my character in the community by making up lies that she and the children were beaten,raped,molested and she gets no child support at all from me and many more lies  and false accusations  this is being under the direction of her attorney Cipora Winters Esq. who was trained by Mendel Epstein UNITED STATES OF AMERICA V. MENDEL EPSTEIN
THE UNITED STATES DISTRICT FOR THE DISTRICT OF NEW
JERSEY (D.N.J. Nos.3-14-cr-00287-005,3-14-00287-003 and 3-14-cr-00287-) who is presently In jail for beating men  and coheres  men to give large sums of money and force them to give a get before the divorce settlement  are causing my body to deteriorate that I can barely walk and I am under excruciating neck, back and foot pain and other medical problems (exhibit #1c-#1j)

RELIEF

APPLELLANT THERFORE RESPECTFULLY ASKS THAT THE COURT REVERSE THE TRIAL COURT'S ORDER DATED OCTOBER 11,2019 PA1A-PA13A  GRANTING SUMMARY JUDGEMENT TO RESPONDENT ON DEFAULT AND THAT ALL ASSESTS WHICH WERE TRIAL COURT ORDERED WHICH INCLUDE

1. MML INVESTORS SERVICES $110,120.67   MAY 31,2016    PA236A

2. TD BANK ACCOUNT $257,282.24         JULY 17,2015    PA235A

3. 3 INVESTMENT PROPERTIES

A. 605 RANDOLPH ST CAMDEN NJ $26,500.00 JULY 2,2018 PA237A-PA238A

B. 461 RARITIAN ST CAMDEN NJ $26,500.00 JULY 3,2018 PA239A-PA240A

C. 1403 S.10TH ST CAMDEN NJ   $25,000.00 APRIL 4,2018

TOTAL $78,000.00

4. MARITIAL HOME 114 CHATEAU PARK LAKEWOOD NJ 08701 VALUE $460,000.00  PA241A-PA245A THE JUDGE ALSO GAVE THE ENTIRE MARTIAL HOME TO THE DEFENDANT ON DEFAULT

ALL PROCEEDS TO GO FOR BACK, CURRENT AND FUTURE CHILD SUPPORT PAYMENTS ONLY

FURTHERMORE APPELLANT IS ASKING FOR THE COURT TO TAKE OVER THIS CASE IN ITS ENTIRETY THIS TRAIL COURT JUDGEMENT DATED OCTOBER 11 2019 PA1A-PA13A WAS DONE ON DEFAULT AND FOR THE COURT  TO GRANT

APPELLANT A DAY IN COURT IN ORDER TO PROPERLY DEFEND HIMSELF BEING THAT APPELLANT WAS INVOLINTARLY HOPSITIALIZED LONG TERM UNDER DOCTORS CARE   PA197A