AO 240A (Rev 01/10; =NJ 24/15; NJ 10/18) Order to Proceed Without Prepayment of Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| Plaintiff(s), <br><br> v. <br><br> Defendant(s). | ORDER ON APPLICATION <br> TO PROCEED WITHOUT <br> PREPAYMENT OF FEES <br><br> Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, IT IS ORDERED that the application is:

☐ GRANTED, and

☐ The clerk is ordered to file the complaint.

☐ IT IS FURTHER ORDERED, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s). All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

☐ IT IS FURTHER ORDERED, the clerk is ordered to close the file. Plaintiff(s) may submit payment in the amount of $400 within 14 days from the date of this order to reopen the case without further action from the Court.

ENTERED this          day of               ,             s/_____
                                                        Signature of Judicial Officer

                                                        _____
                                                        Name and Title of Judicial Officer