10.25.2021

YOEL GRUEN

965 EAST 29TH STREET

BROOKLYN N.Y 11210

718.406.7633

joelgruen@hotmail.com

3:21-cv-17224-MAS-DEA GRUEN v. GRUEN

    PLEASE BE ADVISED THAT MY PHONE NUMBER OF 347.524.0173 HAS BEEN CHANGED. MY NEW PHONE NUMBER IS 718.406.7633

THANK YOU

YOEL GRUEN